**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RODERICK SKINNER,

                             Plaintiff,

   v.

RENEE PFISTER, *et al.*,

                           Defendants.

3:23-cv-00376-ART-CSD

**ORDER RE: CHANGE OF ADDRESS**

      The court has received information via an undeliverable notice (ECF No. 17) that Plaintiff has been paroled. **Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.**

      **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the court within **twenty (20) days** from the date of this order.

      DATED:  July 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge