UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RODERICK SKINNER, I, | Case No. 3:23-cv-00376-ART-CSD |
| Plaintiff, | ORDER |
| v. | |
| RENEE PFISTER, et al., | |
| Defendants. | |

The Complaint in this action was filed on March 29, 2024 (ECF No. 9). The Court issued a notice of intent to dismiss Danelli Taylor, Renee Pfister, and Chaney, under Fed. R. Civ. P. 4(m) unless proof of service is filed by March 19, 2025. (ECF No. 25.) To date, no such proof of service has been filed.

Accordingly, it is therefore ordered that the claims against Danelli Taylor, Renee Pfister, and Chaney are dismissed without prejudice.

The Clerk of Court is directed to close this case accordingly.

DATED this 10th day of June 2025.

Anne R. Traum
United States District Court Judge